```
                    UNITED STATES BANKRUPTCY COURT
                      EASTERN DISTRICT OF MISSOURI
                           EASTERN DIVISION


IN RE:                              )    CASE NO: 07-47091-399
                                    )
MIKE JACKSON                        )
                                    )    CHAPTER 13
MARGARET JACKSON                    )
                                    )
              DEBTOR(S)              )


              LIST OF UNCLAIMED FUNDS AND ENTITIES
                 WHICH ARE ENTITLED TO PAYMENT
```

COMES NOW JOHN V. LABARGE, JR., CHAPTER 13 TRUSTEE, AND PROVIDES LIST FOR FILING PURSUANT TO BANKRUPTCY RULE 3011. THE FOLLOWING IS A LIST OF ALL KNOWN NAMES AND ADDRESSES OF THE ENTITIES AND THE AMOUNTS WHICH THEY ARE ENTITLED TO BE PAID FROM REMAINING PROPERTY OF THE ESTATE THAT IS PAID HEREWITH INTO COURT PURSUANT TO 11 U.S.C. SECTION 347(A):

```
NORWOOD PROMOTIONAL
PO BOX 1008                           $              4.15
C/O LAW OFFICE OF BARRY SENTA
ARLINGTON HEIGHTS IL
380005              60006


                                    /s/ John V. LaBarge, Jr.
                                    -----------------------------------
DATE: October 29, 2010              JOHN V. LABARGE, JR.,
                                    CHAPTER 13 TRUSTEE
                                    P.O. Box 430908
                                    St. Louis, MO 63143
XC -091                             (314) 781-8100   trust33@ch13stl.com
```